| | |
|---|---|
| 1 | Audra M. Mori, Bar No. 162850 |
| 2 | AMori@perkinscoie.com <br> Katherine M. Dugdale, Bar No. 168014 |
| 3 | KDugdale@perkinscoie.com <br> PERKINS COIE LLP |
| 4 | 1888 Century Park E., Suite 1700 <br> Los Angeles, CA 90067-1721 |
| 5 | Telephone: 310.788.9900 <br> Facsimile: 310.788.3399 |
| 6 | Attorneys for Plaintiff |
| 7 | MICROSOFT CORPORATION |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> COSMOS BUSINESS SYSTEM INC., a California corporation; WENDY PAN, an individual; and KEVIN LEE, an individual, <br><br> Defendants. | Case No. 10-cv-01207-ODW (SSx) <br><br> ORDER RE STIPULATED PERMANENT INJUNCTION |

Pursuant to the stipulation of the parties and good cause appearing therefore, IT IS ORDERED that Defendants Cosmos Business System, Inc., Wendy Pan and Kevin Lee ("Defendants"), along with any directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

      (a)    imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULAs"), Certificate of Authenticity ("COAs") or items protected by

1  Microsoft's registered trademarks and service mark, including, but not limited to,
2  the following Trademark and/or Service Mark Registration Numbers:
3        (1)    1,200,236 ("MICROSOFT");
4        (2)    1,256,083 ("MICROSOFT");
5        (3)    1,475,795 ("POWERPOINT");
6        (4)    1,741,086 ("MICROSOFT ACCESS");
7        (5)    2,188,125 ("OUTLOOK");
8        (6)    2,999,281 (COLOR FOUR SQUARE LOGO);
9  or the software programs, components, EULAs, COAs, items or things protected by
10 the following Certificate of Copyright Registration Numbers:
11       (1)    TX 5-837-617 ("Office Professional 2003");
12       (2)    TX 5-837-636 ("Office Excel 2003");
13       (3)    TX 5-900-087 ("Office Outlook 2003");
14       (4)    TX 5-852-649 ("Office PowerPoint 2003");
15       (5)    TX 5-837-618 ("Publisher 2003");
16       (6)    TX 5-900-088 ("Office Word 2003");
17       (7)    TX 5-877-513 ("Business Contact Manager for Outlook
18                 2003");
19       (8)    TX 5-901-713 ("Access 2003");
20 or any other works now or hereafter protected by any of Microsoft's trademarks or
21 copyrights;
22       (b)    manufacturing, assembling, producing, distributing, offering for
23 distribution, circulating, selling, offering for sale, advertising, importing,
24 promoting, or displaying any software program, component, EULA, COA, item or
25 thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation
26 of any of Microsoft's registered trademarks or service mark, including, but not
27 limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph
28 (a) above;

1         (c)    using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, COA, item or thing not authorized or licensed by Microsoft;

        (d)    using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, COA, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

        (e)    using the names, logos, or other variations thereof any of Microsoft's copyright and/or trademark-protected software programs in any of Defendants' trade or corporate names;

        (f)    engaging in any other activity constituting an illegal distribution of any Microsoft software, component, EULA, COA, item, or thing and/or constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights, or constituting any dilution of Microsoft's name, reputation, or goodwill; and

///

///

///

          (g)    assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (f) above.

IT IS SO ORDERED.

DATED: December 1, 2010         _____
                                        HON. OTIS D. WRIGHT II
                                        United States District Court Judge